UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 17-183 (PAM/LIB)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | MOTION TO SUPPRESS |
| v. ) | EVIDENCE OBTAINED AS A RESULT |
| ) | OF SEARCH AND SEIZURE |
| JOSHUA FRANCIS HILL, ) | |
| ) | |
| Defendant. ) | |

Defendant Joshua Francis Hill moves to suppress any physical evidence obtained as a result of a search and seizure of a 2002 Chrysler Town and Country van on or about July 20, 2017. In support of this motion, Mr. Hill states the search was conducted without a warrant or exigent circumstance, and was the fruit of an illegal seizure that predated the consent later given for the search.

Dated:  August 24, 2017

Respectfully submitted,

*s/ Robert D. Richman*
ROBERT D. RICHMAN
Attorney ID No. 226142
P.O. Box 16643
St. Louis Park, MN  55416
(651) 278-4987
Attorney for Defendant